
**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| HOLLAND CONSTRUCTION CORPORATION, )<br>)<br>    Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>BOZZUTO CONTRACTING COMPANY, et al., )<br>)<br>    Defendants/Counter-Plaintiffs. )<br>_____) | Civil Action No.: 8:17-cv-00937-PX |

## JOINT STATUS REPORT

In accordance with this Court's paperless Order dated September 17, 2020, the parties, by and through their respective undersigned counsel, submit this Joint Status Report, and state as follows:

**1.  Brick-Tie Remediation**

The biggest hurdle to the parties' resolution of this litigation is Bozzuto Contracting Company's ("Bozzuto") counterclaim against Holland Construction Corporation ("Holland") that Holland improperly installed the lateral brick-ties at The Rotunda, located at 711 West 40th Street, Baltimore, Maryland 21211(hereinafter, "the Project").

Since the parties' last conference call with this Court on September 17, 2020, Holland engaged its engineering expert, WDP & Associates ("WDP"), to develop plans for the remediation of the brick ties at the Project. These plans included a determination of the total number of proposed remedial ties and the spacing of the ties, together with a detailed access plan that allowed reasonable access to residential and commercial spaces at the Project. WDP prepared the plans and sent them to prospective bidders for their review and comment. As of the filing of this Joint Status Report, WDP/Holland is awaiting final responses from the bidders.

Upon receipt of the final bidder responses, Holland will submit WDP's proposed remediation and access plans to Bozzuto for its approval and the approval of the Project Owner. If Bozzuto and the Project Owner approve the proposed remedial plans, Holland will perform the remediation, provided that the parties reach agreement on the remaining open issues in the litigation (identified in Section 2 below). The parties anticipate being in a position to work cooperatively, or with the assistance of an outside mediator, to resolve these remaining open issues.

2. **Remaining Open Issues in Litigation**

Setting aside the brick-tie remediation, there remain several open issues in the litigation. Those issues include Holland's claims against Bozzuto for open change orders (that were not voided by this Court's partial grant of Bozzuto's Motion for Summary Judgment) and Bozzuto's counterclaims against Holland for allegedly incomplete punch list work, elevator run time, broken glass, and Bozzuto's claim for project management/supervision costs in connection with the brick tie remediation. With regard to these open issues, the parties have exchanged information regarding their claimed damages.

3. **Follow-up with Court**

The parties are hopeful that they can resolve the remaining disputed issues in this litigation within the next three months. The parties propose that they submit a second joint status report by March 31, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Howard G. Goldberg, Fed. Bar No. 01210 | Paul S. Caiola, Fed. Bar No. 23940 |
| Robin G. Banks, Fed. Bar No. 25103 | Samuel D. Cowin, Fed. Bar No. 21126 |
| Goldberg & Banks, P.C. | GALLAGHER EVELIUS & JONES LLP |
| 1829 Reistertown Road, Suite 21208 | 218 North Charles Street, Suite 400 |
| (410) 580-9530 | Baltimore, Maryland 21201 |
| hgoldberg@gbpclawfirm.com | (410) 727-7702 |
| rbanks@gbpclawfirm.com | pcaiola@gejlaw.com |
| | scowin@gejlaw.com |

/s/
Kerry C. Raymond, Fed. Bar No. 28650
Franklin & Prokopik, P.C.
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-3635
kraymond@fandpnet.com

*Counsel for Plaintiff*

*Counsel for Defendants*

Dated:  December 31, 2020